

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00140-CV

_____

S.L.B., Inc., d/b/a Goodfellows Shoeshine and Goodfellows
Shoeshine Texas, Inc., Appellants

v.

Dallas/Fort Worth International Airport Board, Sean
Donohue, Michael Spears, Michael Baldwin, Zenola Campbell,
and Ken Buchanan, Appellees

_____

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-305970-19

_____

Before Kerr, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.


Per Curiam

Delivered:  August 22, 2019